MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, CSBN 300642
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4862
    Facsimile: (415) 744-0134
    Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL CRUZ,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:24-cv-00717-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER<br><br>(Doc. 18) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will develop the record as necessary, offer Plaintiff another hearing, proceed through the steps of the sequential evaluation process as warranted,

JOINT STIPULATION TO REMAND - [1:24-cv-00717-SKO]    Page 1

1  and issue a new decision.  The parties further request that the Clerk of the Court be directed to

2  enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision

3  of the Commissioner.

4                                       Respectfully submitted,

5  Dated: February 3, 2025        PENA AND BROMBERG, PC

6                                       *s/ Jonathan Omar Pena*[*]
                                      JONATHAN OMAR PENA

7                                       Attorney for Plaintiff
                                      (*as authorized via e-mail)

8  Dated: February 3, 2025        MICHELE BECKWITH

9                                       Acting United States Attorney

10                                      MATHEW W. PILE
                                     Associate General Counsel

11                                      Office Of Program Litigation, Office 7

12                                      *s/ Michelle A. Pavelek*
                                     MICHELLE A. PAVELEK

13                                      Special Assistant United States Attorney
                                     Attorney for Defendant

14

15

16

17

18

19

20

21

22

23

24

**ORDER**

Based upon the parties' Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 18), and for cause shown,

IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand, and judgment shall be entered in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Acting Commissioner and shall thereafter close this case.

IT IS SO ORDERED.

Dated:   **February 3, 2025**          /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE